204 P.3d 390

James Michael PAPAZIAN

v.

HON. WEISS/STATE of AZ.

No. CV–08–0375–PR.

Supreme Court of Arizona.

March 17, 2009.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.

Justice HURWITZ and Justice BALES voted to grant review.